AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| MICHAEL JOE GREEN II | )  Case No.  3:22mj40/EMT |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __1/13/2021 - 2/27/2022__ in the county of __Escambia__ in the __Northern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 922(g) | Felon in Possession of a Firearm or Ammunition |
| 21 U.S.C. Section 841(a) | Distribution of Cocaine |
| 18 U.S.C. Section 2 | Aiding and Abetting |
| 21 U.S.C. Section 846 | Conspiracy to Distribute in Excess of Five Kilograms of Cocaine and Methamphetamine |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

ZEITHAMMEL.ADAM.K.1096930581  Digitally signed by ZEITHAMMEL.ADAM.K.1096930581
Date: 2022.03.14 08:36:38 -05'00'

*Complainant's signature*

ATF Special Agent Adam Zeithammel
*Printed name and title*

Attested to by the complainant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:  3-14-22

*Judge's signature*

City and state:  Pensacola, Florida

Elizabeth M. Timothy, Chief U.S. Magistrate Judge
*Printed name and title*

RCV'D USDC FLND PN
MAR 14 '22 PM 12:09